B1 (Official Form 1)(12/11)

# United States Bankruptcy Court
## District of Nevada

**Voluntary Petition**

| Name of Debtor (if individual, enter Last, First, Middle): <br>**Inscho, Patrick M** | Name of Joint Debtor (Spouse) (Last, First, Middle): <br>**Schleider-Inscho, Ursula M** |
|---|---|
| All Other Names used by the Debtor in the last 8 years <br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years <br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) <br>**xxx-xx-6616** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) <br>**xxx-xx-4347** |
| Street Address of Debtor (No. and Street, City, and State): <br>**10359 Turret Peak Avenue** <br>**Las Vegas, NV** <br>ZIP Code **89135** | Street Address of Joint Debtor (No. and Street, City, and State): <br>**10359 Turret Peak Avenue** <br>**Las Vegas, NV** <br>ZIP Code **89135** |
| County of Residence or of the Principal Place of Business: <br>**Clark** | County of Residence or of the Principal Place of Business: <br>**Clark** |
| Mailing Address of Debtor (if different from street address): <br>ZIP Code | Mailing Address of Joint Debtor (if different from street address): <br>ZIP Code |
| Location of Principal Assets of Business Debtor <br>(if different from street address above): | |

| Type of Debtor <br>(Form of Organization) (Check one box) | Nature of Business <br>(Check one box) | Chapter of Bankruptcy Code Under Which <br>the Petition is Filed (Check one box) |
|---|---|---|
| ■ Individual (includes Joint Debtors) <br>  *See Exhibit D on page 2 of this form.* <br>☐ Corporation (includes LLC and LLP) <br>☐ Partnership <br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business <br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B) <br>☐ Railroad <br>☐ Stockbroker <br>☐ Commodity Broker <br>☐ Clearing Bank <br>☐ Other | ■ Chapter 7 <br>☐ Chapter 9 <br>☐ Chapter 11 <br>☐ Chapter 12 <br>☐ Chapter 13 <br>☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding <br>☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |
| **Chapter 15 Debtors** <br>Country of debtor's center of main interests: <br><br>Each country in which a foreign proceeding by, regarding, or against debtor is pending: | **Tax-Exempt Entity** <br>(Check box, if applicable) <br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | **Nature of Debts** <br>(Check one box) <br>■ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."    ☐ Debts are primarily business debts. |

| Filing Fee (Check one box) | Check one box: <br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). <br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D). <br>Check if: <br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).* <br>Check all applicable boxes: <br>☐ A plan is being filed with this petition. <br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |
|---|---|
| ■ Full Filing Fee attached <br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A. <br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | **Chapter 11 Debtors** |

**Statistical/Administrative Information**      THIS SPACE IS FOR COURT USE ONLY

☐ Debtor estimates that funds will be available for distribution to unsecured creditors. <br>
■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors

| ☐ 1-49 | ■ 50-99 | ☐ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ■ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ■ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Inscho, Patrick M**<br>**Schleider-Inscho, Ursula M** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | **X  /s/ Roger P. Croteau**                                **March  7, 2012**<br>      Signature of Attorney for Debtor(s)                (Date)<br>      **Roger P. Croteau** |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

■ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | Inscho, Patrick M<br>Schleider-Inscho, Ursula M |

## Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X  /s/ Patrick M Inscho**
Signature of Debtor  **Patrick M Inscho**

**X  /s/ Ursula M Schleider-Inscho**
Signature of Joint Debtor  **Ursula M Schleider-Inscho**

Telephone Number (If not represented by attorney)

**March 7, 2012**
Date

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Attorney*

**X  /s/ Roger P. Croteau**
Signature of Attorney for Debtor(s)

**Roger P. Croteau 4958**
Printed Name of Attorney for Debtor(s)

**Roger P. Croteau & Associates Ltd.**
Firm Name

**720 South Fourth Street, Suite 202**
**Las Vegas, NV 89101**

Address

**Email: croteaulaw@croteaulaw.com**
**(702) 254-7775  Fax: (702) 228-7719**
Telephone Number

**March 7, 2012**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## District of Nevada

In re: **Patrick M Inscho**
**Ursula M Schleider-Inscho**
Debtor(s)

Case No. _____
Chapter **7**

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

B 1D (Official Form 1, Exhibit D) (12/09) - Cont. Page 2

☐4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

☐Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐Active military duty in a military combat zone.

☐5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor: **/s/ Patrick M Inscho**
**Patrick M Inscho**

Date: **March 7, 2012**

Software Copyright (c) 1996-2012 CCH INCORPORATED - www.bestcase.com                    Best Case Bankruptcy

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## District of Nevada

In re  **Patrick M Inscho**
       **Ursula M Schleider-Inscho**
                                            Debtor(s)

Case No. _____

Chapter   **7**

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

B 1D (Official Form 1, Exhibit D) (12/09) - Cont. Page 2

☐4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

☐Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐Active military duty in a military combat zone.

☐5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor: **/s/ Ursula M Schleider-Inscho**
**Ursula M Schleider-Inscho**
Date: **March 7, 2012**

# United States Bankruptcy Court
### District of Nevada

In re: **Patrick M Inscho / Ursula M Schleider-Inscho**, Debtor(s)

Case No.
Chapter **7**

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtors hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: **March 7, 2012**

/s/ **Patrick M Inscho**
**Patrick M Inscho**
Signature of Debtor

Date: **March 7, 2012**

/s/ **Ursula M Schleider-Inscho**
**Ursula M Schleider-Inscho**
Signature of Debtor

```
Patrick M Inscho
Ursula M Schleider-Inscho
10359 Turret Peak Avenue
Las Vegas, NV 89135

Roger P. Croteau
Roger P. Croteau & Associates Ltd.
720 South Fourth Street, Suite 202
Las Vegas, NV 89101

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101

Department of Motor Vehicles
555 Wright Way
Carson City, NV 89711-0250

Department of Taxation
1550 College Pkwy, Ste 115
Carson City, NV 89706-7937

Aargon Collection Agency
Acct No xxxxxx8868
3025 West Sahara Ave
Las Vegas, NV 89102

Aargon Collection Agency
Acct No xxxxxx8809
3025 West Sahara Ave
Las Vegas, NV 89102

Account Resolution
Acct No xxxx0070
9301 Winnetka Ave Unit B
Chatsworth, CA 91311

Acctcorp Of Southern Nevada
Acct No xxxx37N1
4955 S Durango Blvd, Ste 177
Las Vegas, NV 89113

Advanta Bk
Acct No xxxxxxxxxxx8054
Welsh and McKean Roads
Po Box 844
Spring House, PA 19477

American Express
Acct No xxxxxxxxxxx5083
American Express Special Research
Po Box 981540
El Paso, TX 79998
```

```
Asset Acceptance Llc
Acct No xxxxx4367
Attn: Bankruptcy
Po Box 2036
Warren, MI 48090

Bank Of America
Acct No xxxxxxxxxxxx6820
Attention: Recovery Department
4161 Peidmont Pkwy.
Greensboro, NC 27410

Calvary Portfolio Services
Acct No xxxx9865
Attention:  Bankruptcy Department
500 Summit Lake Dr.
Valhalla, NY 10595

Calvary Portfolio Services
Acct No xxxx3031
Attention:  Bankruptcy Department
500 Summit Lake Dr.
Valhalla, NY 10595

Capital One, N.a.
Acct No xxxxxxxxxxxx5923
Capital One Bank (USA) N.A.
Po Box 30285
Salt Lake City, UT 84130

Cds/collection Agency/Escalate
Acct No xxxx1134
Attention: Bankruptcy
5200 Stoneham Rd
North Canton, OH 44720

Chase
Acct No xxxxxxxxxxxx6146
Po Box 15298
Wilmington, DE 19850

Chase
Acct No xxxxxxxxxxxx2856
Po Box 15298
Wilmington, DE 19850

Chase
Acct No xxxxxxxx7820
Chase Card Services
Po Box 15298
Wilmington, DE 19850
```

```
Chase
Acct No xxxxxxxxxxx3343
Po Box 15298
Wilmington, DE 19850

Chase
Acct No xxxxx7820
Po Box 24696
Columbus, OH 43224

Chase Manhattan
Acct No xxxxxxxxxx0105
Attn:  Bankruptcy Research Dept
P.O. Box 24696
Columbus, OH 43224

Chase Mht Bk
Acct No xxxxxxxxxxx8537
Attn: Bankruptcy
Po Box 15145
Wilmington, DE 19850

Chela/Sallie Mae
Acct No xxxxxxxxxxxxxxxxxx0309
Attn: Claims Department
Po Box 9500
Wilkes-Barre, PA 18773

Chela/Sallie Mae
Acct No xxxxxxxxxxxxxxxxxx1007
Attn: Claims Department
Po Box 9500
Wilkes-Barre, PA 18773

Citibank Sd, Na
Acct No xxxxxxxx3651
Attn: Centralized Bankruptcy
Po Box 20507
Kansas City, MO 64195

Citibankna
Acct No xxxxxx7677
Attn.: Centralized Bankruptcy
Po Box 20363
Kansas City, MO 64195

CitiMortgage
Acct No xxx9065
Formerly First Nationwide Mortgage
PO Box 79022
MS322
St Louis, MO 63179
```

```
Clark County Collection Service
Acct No xx7319
8860 W Sunset Suite 100
Las Vegas, NV 89148

Credit Bureau Central
Acct No xxxxx6781
2980 S Jones Blvd, Suite A
Las Vegas, NV 89146

Credit Management Lp
Acct No xxxx1181
4200 International
Carrollton, TX 75007

Credit Management Lp
Acct No xxxx6945
4200 International
Carrollton, TX 75007

Discover Fin
Acct No xxxxxxxxxxxx1078
Attention:  Bankruptcy Department
Po Box 3025
New Albany, OH 43054

Discover Fin
Acct No xxxxxxxxxxxx3305
Attention:  Bankruptcy Department
Po Box 3025
New Albany, OH 43054

Dsnb Macys
Acct No xxxxxxxxx0331
9111 Duke Blvd
Mason, OH 45040

Dsnb Macys
Acct No xxxxxxxxx0320
9111 Duke Blvd
Mason, OH 45040

Dsnb Macys
Acct No xxxxxxxxx7920
9111 Duke Blvd
Mason, OH 45040

Ecmc
Acct No xxxxxxx0001
Po Box 64909
St. Paul, MN 55164
```

```
Ecmc
Acct No xxxxxxx0002
Po Box 64909
St. Paul, MN 55164

Enhanced Recovery Corp
Acct No xxxx1018
Attention: Client Services
8014 Bayberry Rd
Jacksonville, FL 32256

Financial Corporation Of America
Acct No xxxx0702
Attn: Bankruptcy
Po Box 203500
Austin, TX 78720

First Data
Acct No xxxxxxxx7000
1307 Walt Whitman Rd
Melville, NY 11747

G M A C/Ally
Acct No xxxxxxxx1108
Po Box 130424
Roseville, MN 55113

Gemb/sams Club Dc
Acct No xxxxxxxxxxxx7635
Gemb Finance
Po Box 103104
Roswell, GA 30076

Gmac
Acct No xxxxxxx3905
Po Box 12699
Glendale, AZ 85318

Hospital Collection Sv
Acct No xxx6268
Po Box 872
Reno, NV 89504

Hsbc/bstby
Acct No xxxxxxxxxxx0358
Po Box 5253
Carol Stream, IL 60197

Hsbc/saks
Acct No xxxxxx6526
140 W Industrial Dr
Elmhurst, IL 60126
```

```
Lowes / MBGA / GEMB
Acct No xxxxxxxxxxxx0701
Attention: Bankruptcy Department
Po Box 103104
Roswell, GA 30076

Lvnv Funding Llc
Acct No xxxxxxxxxxxx0358
Po Box 740281
Houston, TX 77274

Lvnv Funding Llc
Acct No xxxxxxxxxxxx2856
Po Box 740281
Houston, TX 77274

Mb Fin Svcs
Acct No xxxxxx1098
36455 Corporate Dr
Farmington Hills, MI 48331

Midland Credit Management Inc
Acct No xxxxxx3062
8875 Aero Drive, Ste 200
San Diego, CA 92123

Midland Credit Management Inc
Acct No xxxxxx2083
8875 Aero Drive, Ste 200
San Diego, CA 92123

Pinnacle Financial Group
Acct No xxxx9584
7825 Washington Ave S, Suite 310
Minneapolis, MN 55439

Plusfour Inc.
Acct No xxx6905
6345 S Pecos Rd Ste 212
Las Vegas, NV 89120

Plusfour Inc.
Acct No xxx7891
6345 S Pecos Rd Ste 212
Las Vegas, NV 89120

Progressive Manageme
Acct No xxxx3538
Po Box 2220
West Covina, CA 91793

Quantum Collections
Acct No xxxxxxxxx4723
3224 Civic Center Drive
North Las Vegas, NV 89030
```

```
Quantum Collections
Acct No xxxxxxxxx4723
3224 Civic Center Drive
North Las Vegas, NV 89030

Target Credit Card (TC)
Acct No x8677
C/O Financial & Retail Services
Mailstop BT   P.O. Box 9475
Minneapolis, MN 55440

Tnb-Visa  (TV) / Target
Acct No xxxxxxxxxxxx7968
C/O Financial & Retail Services
Mailstop BV   P.O.Box 9475
Minneapolis, MN 55440

Troy Capital Llc
Acct No xx6235
2660 S Rainbow Blvd Ste C103
Las Vegas, NV 89146

Unvl/citi
Acct No xxxxxxxxxxxx5629
Attn.: Centralized  Bankruptcy
Po Box 20507
Kansas City, MO 64195

Wells Fargo Bank Nv Na
Acct No xxxxxxxxxxxxx1998
PO Box 31557
Billings, MT 59107

Wells Fargo Bank Nv Na
Acct No xxxxxxxxxxxxx1998
PO Box 31557
Billings, MT 59107

Wells Fargo Card Ser
Acct No xxxxxxxxxxxx2408
1 Home Campus
3rd Floor
Des Moines, IA 50328

Wfs Financial/Wachovia Dealer Services
Acct No xxxxxxxx7382
Po Box 3569
Rancho Cucamonga, CA 91730
```